UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025 | |
| **STERLING CHRISTOPHER LIVINGSTON** and **MARTHA LIVINGSTON**, Individually, as Personal Representatives of the Estate of **PETER LIVINGSTON**, deceased, and on behalf of all Surviving Beneficiaries,<br><br>                    Plaintiffs,<br><br>           -v.-<br><br>AMERICAN AIRLINES INC.<br>1 Skyview Dr.<br>Fort Worth, TX 76155<br><br>PSA AIRLINES, INC.<br>1 Terminal Dr.<br>Middletown, PA 17057<br><br>UNITED STATES OF AMERICA,<br>Pamela Bondi, in her official capacity as U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue N.W.<br>Washington, D.C. 20530-0001<br><br>                    Defendants. | Lead Case No: 1:25-cv-03382-ACR<br><br>**SHORT FORM COMPLAINT** |

1

Plaintiffs STERLING CHRISTOPHER LIVINGSTON and MARTHA LIVINGSTON, individually, as Personal Representatives of the Estate of PETER LIVINGSTON, deceased, and on behalf of all Surviving Beneficiaries, respectfully allege as follows:

1. Plaintiffs refer to and incorporate herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025, as though fully set forth herein. Plaintiffs adopt the Master Complaint and agree to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiffs adopt each of the general allegations of the Master Complaint except for those paragraph numbers set for here, if any: N/A.

## CLAIMS AGAINST DEFENDANTS

3. Plaintiffs bring those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

4. Plaintiffs incorporate by reference each of the Causes of Action in the Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Second Cause of Action for Survival Based Upon Common Carrier Duty

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Sixth Cause of Action for Survival Based Upon Common Carrier Duty

☒ Seventh Cause of Action for Wrongful Death Based Upon Negligence

☒ Eighth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒ Ninth Cause of Action for Wrongful Death Based Upon Negligence

☒ Tenth Cause of Action for Survival Based Upon Negligence

### **PLAINTIFF'S INFORMATION:**

5. Decedent, PETER LIVINGSTON, was an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6. PETER LIVINGSTON resided in Virginia.

7. Plaintiff STERLING CHRISTOPHER LIVINGSTON is a resident of Virginia and was a surviving parent of PETER LIVINGSTON, deceased, at the time of his death.

8. Plaintiff MARTHA LIVINGSTON is a citizen and resident of Virginia and was a surviving parent of PETER LIVINGSTON, deceased, at the time of his death.

9. Plaintiffs STERLING CHRISTOPHER LIVINGSTON and MARTHA LIVINGSTON bring this lawsuit individually on their own behalf and as Personal Representatives of the Estate of PETER LIVINGSTON, deceased, and on behalf of all surviving beneficiaries.

10. On or about March 28, 2025, the Circuit Court of Loudoun County, Virginia, issued an order appointing STERLING CHRISTOPHER LIVINGSTON and MARTHA LIVINGSTON as Personal Representatives of the Estate of PETER LIVINGSTON. Therefore, they have standing

to assert both wrongful death and survival claims on behalf of all beneficiaries of PETER LIVINGSTON and bring this lawsuit in their representative capacity.

## PLAINTIFFS' ADMINISTRTIVE CLAIM

11. On or about May 23, 2025, Plaintiffs STERLING CHRISTOPHER LIVINGSTON and MARTHA LIVINGSTON, on behalf of themselves, the Estate of PETER LIVINGSTON, deceased, and all surviving beneficiaries, as well as all individual claimants, served their initial administrative claims upon the FAA.

12. On or about May 23, 2025, Plaintiffs STERLING CHRISTOPHER LIVINGSTON and MARTHA LIVINGSTON, on behalf of themselves and the Estate of PETER LIVINGSTON, deceased, as well as all individual claimants, served their initial administrative claims upon the United States Army ("Army").

13. The USA:

☐ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

☒ the FAA denied Plaintiff's claims on November 10, 2025, on behalf of both the FAA and United States Army ("Army").

4

## **PLAINTIFFS' DAMAGES**

14. Plaintiffs request all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

- ☒ DECEDENT's unusual G-forces, physical injuries, conscious pain and suffering, mental anguish, emotional distress, fear of impending death, and other injuries and damages that ultimately caused his/her death;
- ☒ the loss of the gross earning power of the DECEDENT;
- ☒ the loss of the full value of the life of the DECEDENT;
- ☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;
- ☒ the loss of financial support and contribution of the DECEDENT;
- ☒ loss of services;
- ☒ loss of inheritance;
- ☒ loss of accumulations;
- ☒ full pecuniary loss of the DECEDENT;
- ☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;
- ☒ loss of life's pleasures;
- ☒ loss of enjoyment of life of the DECEDENT;

☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of the DECEDENT's Estate were caused to incur;

☒ other necessary and reasonable expenses as a result of the DECEDENT's death;

☒ attorneys' fees, costs and other damages permitted under applicable laws;

☒ pre- and post-judgment interest on all damages as allowed by law;

☒ all costs of suit herein;

☒ such other and further relief as the Court shall deem just and proper;

☒ Other (specify):

**ADDITIONAL ALLEGATIONS, IF ANY**

15. Decedent Peter Livingston was 48 years old at the time of his death. Peter was a successful top producing realtor with Keller Williams. Peter was a devoted husband to Donna Livingston and a loving father to Alydia and Everly, who also tragically lost their lives in this mid-air collision and crash. Peter was wholly dedicated to and supportive of Alydia and Everly's skating careers. The whole family had been in Wichita so that Everly and Alydia could participate in the U.S. Figure Skating National Development Camp, and were traveling back home to Northern Virginia aboard AE 5342 when they were tragically killed in the crash.

Peter's kindness and generosity extended well beyond his immediate family; he is mourned deeply by numerous relatives, colleagues, and friends whose lives he profoundly touched. Peter was a supportive and loving brother and son. Peter is survived by his parents, Plaintiffs STERLING CHRISTOPHER ("Chris") LIVINGSTON and MARTHA LIVINGSTON, as well as his older brother, Albert Livingston, and younger sister, Sarah Kinzer.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury as to all claims in this action.

Dated: December 1, 2025

**KREINDLER & KREINDLER LLP**

By: */s/ Brian J. Alexander*
Brian J. Alexander
(Bar ID: NY0679)
Justin T. Green
(Bar ID: NY0692)
Anthony Tarricone
(Bar ID: 492480)
Daniel O. Rose
(applicant *pro hac vice*)
Vincent C. Lesch
(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
Erin R. Applebaum
(Applicant *pro hac vice*)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com